■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. MURRAY BOGATIN, Respondent.— Appeal by the People, as limited by their brief, from so much of an order of the County Court, Suffolk County, dated January 31, 1972, as granted the branch of defendant's motion which was to dismiss the third count of the indictment (criminal contempt by refusal to testify before a Grand Jury after having been granted immunity [Penal Law, § 215.51]). Order reversed insofar as appealed from, on the law, motion denied insofar as it was to dismiss the third count of the indictment and said count reinstated. In our opinion the evidence adduced before the Grand Jury was sufficient to warrant the third count of the indictment. Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILTON DRONE, Appellant.— Judgment of the County Court, Orange County, rendered May 8, 1972, affirmed. In view of the fact that the trial had begun and a jury had been selected, when defendant entered his plea of guilty, there was no abuse of discretion by the trial court in thereafter denying defendant's motion to withdraw his plea of guilty. Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL LAGERMAN, Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Queens County, imposed March 10, 1971. Sentence affirmed. No opinion. Rabin, P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL RIVERA, Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the County Court, Rockland County, imposed July 18, 1972. Sentence affirmed. No opinion. Rabin, P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.